| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| McCARTHY & HOLTHUS, LLP<br>David C. Scott, Esq. (SBN: 225893)<br>Rachel S. Opatik, Esq. (SBN: 243140)<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Telephone: (619) 685-4800<br>Facsimile:(619) 685-4811 | BY:  CLERK U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIF.<br>11 JUL 22 AM 10: 57<br>FILED |
| ATTORNEYS FOR: OneWest Bank, FSB; and MERS | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Lorenzo Benitez | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV11-06063 JFW(JCx) |
| v. | |
| OneWest Bank FSB F/K/A IndyMacBank, FSB; et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s). | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  OneWest Bank, FSB; and Mortgage Electronic Registration Systems, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                                          **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

OneWest Bank, FSB F/K/A IndyMac Bank, FSB;

Invesetors Title Company;

Quality Loan Service Corporation;

Mortgage Electronic Registration Systems;

_____7/22/11_____                   _____
Date                                    Sign

                                        David C. Scott, Esq.
                                        Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES
CV-30 (12/03)